ACCEPTED
15-25-00162-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 1:16 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00162-CV

| | | |
|---|---|---|
| **CARLOS EDUARDO BUCHANAN II,** | § | IN THE FIFTEENTH |
| | § | |
| Appellant, | § | FILED IN<br>15th COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | |
| V. | § | 12/8/2025 1:16:48 PM COURT OF APPEALS CHRISTOPHER A. PRINE |
| | § | Clerk |
| **THE STATE OF TEXAS,** | § | |
| | § | |
| Appellee**.** | § | AUSTIN, TEXAS |

---

### APPELLANT'S FIRST MOTION TO EXTEND TIME

---

Appellant **Carlos Eduardo Buchanan II** asks the Court to extend the time to file his brief.

### A. Introduction

1. Appellant is **Carlos Eduardo Buchanan II** and Appellee is **The State of Texas.**

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

3. Counsel for Appellant attempted to contact counsel for Appellee on December 8, 2025, but was unable to obtain a response before the filing of this motion.

### B. Argument & Authority

4. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5. Appellant's brief may be due December 8, 2025, according to the notice regarding the filing of the Clerk's Record. The notice provides that the brief is not due in the event of a Reporter's Record.

6. Appellant requests an additional 30 days to file his brief, extending the time until January 7, 2025.

7. No prior extension has been granted to extend the time to file Appellant's brief.

8. Appellant needs additional time to file his brief because of the need to locate the Reporter's Record.

### C. Prayer

9. For these reasons, Appellant asks the Court to extend the time to file his brief until January 7, 2025.

Respectfully submitted,

**NICHAMOFF LAW, P.C.**

*/s/ Seth A. Nichamoff*

_____
Seth A. Nichamoff
Attorney-in-Charge
State Bar No. 24027568
2444 Times Boulevard, Suite 270
Houston, Texas 77005
(713) 503-6706 Telephone
(713) 360-7497 Facsimile
seth@nichamofflaw.com

**ATTORNEYS FOR APPELLANT**

2

## CERTIFICATE OF SERVICE

I certify that on Monday, December 8, 2025, I served a copy of the foregoing pleading on the parties listed below by electronic service and that the electronic transmission was reported as complete. My e-mail address is seth@nichamofflaw.com.

Jacob Beach
Assistant Solicitor General
Jacob.Beach@oag.texas.gov

***Attorney for Appellee***

*/s/ Seth A. Nichamoff*

_____

Seth A. Nichamoff

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Seth Nichamoff
Bar No. 24027568
seth@nichamofflaw.com
Envelope ID: 108836300
Filing Code Description: Motion
Filing Description: Appellant's First Motion to Extend Time
Status as of 12/8/2025 1:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 12/8/2025 1:16:48 PM | NOT SENT |
| Jacob Beach | 24116083 | jacobcbeach@gmail.com | 12/8/2025 1:16:48 PM | NOT SENT |
| Seth Nichamoff | | seth@nichamofflaw.com | 12/8/2025 1:16:48 PM | NOT SENT |
| Adam Abrams | 24053064 | Adam.Abrams@oag.texas.gov | 12/8/2025 1:16:48 PM | NOT SENT |